# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF DISMISSAL OF CHAPTER 11 CASES OF MOSSI & GHISOLFI INTERNATIONAL S.À R.L., M&G CHEMICALS S.A. AND M&G CAPITAL S.À R.L.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On September 13, 2018, the Court entered an order (Docket No. 1859) (the "Dismissal Order") approving the dismissal of the chapter 11 cases Mossi & Ghisolfi International S.à r.l. (Case No. 17-12315 (BLS)), M&G Chemicals S.A. (Case No. 17-12316 (BLS)) and M&G Capital S.à r.l. (Case No. 17-12317 (BLS)) (the "Luxembourg Chapter 11 Cases") effective on the earlier of (i) the effective date of a chapter 11 plan of liquidation for the remaining above-captioned debtors and debtors in possession consistent with the Bid Support Term Sheet (*see* Docket No. 1299-1) and (ii) the date upon which an order approving a resolution of certain intercompany claims asserted by the Debtors' non-debtor affiliates in Mexico (the "Mexican Intercompany Claims") becomes final and non-appealable.

2.      On November 5, 2018, the Court entered an order (Docket No. 2042) (the "Mexican Settlement Order") approving a resolution of the Mexican Intercompany Claims.  As of the date hereof, the Mexican Settlement Order became final and non-appealable.  Accordingly, pursuant to the Dismissal Order, the dismissal of the Luxembourg Chapter 11 Cases is now effective.

---

[1]      The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Dated: November 20, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:      (302) 652-4100
Facsimile:       (302) 652-4400
Email:            ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:      (212) 326-3939
Facsimile:       (212) 755-7306
Email:            sgreenberg@jonesday.com
                      scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:      (216) 586-7035
Facsimile:       (216) 579-0212
Email:            ceblack@jonesday.com

and

Daniel J. Merrett
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone:      (404) 581-8476
Facsimile:       (404) 581-8330
Email:  dmerrett@jonesday.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

DOCS_DE:222018.1 54032/001